

P50477/M. BRAVO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

**08 CRIM 305**

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Marcela Bravo, United States Probation Officer

RE:     Kenny Irizarry

DATE:   April 3, 2008

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On December 19, 2007 the above-named individual was sentenced in the District of Connecticut outlined in the attached J & C.

In March 20, 2008, we received the Prob. 22's endorsed by the Honorable Peter C. Dorsey, U.S. District Court Judge, ordering Mr. Irizarry's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: Marcela Bravo
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 08 2008